

June 26, 2019

**VIA ECF**
**VIA FAX (609) 989-2007**

F Brenden Coller
Direct Phone  215-665-5518
Direct Fax     215-701-2302
bcoller@cozen.com

The Honorable Anne E. Thompson
United States District Judge for the District of
New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

Re:  *Christopher Fabricant, M.D., et al. v. Intamin Amusement Rides Int. Corp., et al.*
United States District Court for the District of New Jersey, No. 3:19-cv-12900

Dear Judge Thompson:

My office represents Intaride, LLC in the above-referenced matter. Intaride, LLC filed its Motion to Dismiss Plaintiffs' Amended Complaint on June 14, 2019 (Doc. No. 8). Per our call with Your Honor's Chambers, Intaride, LLC respectfully submits this letter to correct a typographical error in the Motion to Dismiss.

On page 11 and in footnote 2, it was stated that the Kingda Ka rollercoaster opened in May 2015. This is incorrect. Intaride, LLC intended to advise the Court that the Kingda Ka rollercoaster opened in May 2005, as was stated elsewhere in footnote 2. Intaride, LLC apologizes for this oversight.

Intaride, LLC thanks Your Honor for the attention given to this matter.

Respectfully submitted,

COZEN O'CONNOR

By:   F Brenden Coller

cc:   Counsel of Record (via ECF only)