

sgrvlaw.com

**Heather M. Eichenbaum**
Seven Penn Center
1635 Market Street
Seventh Floor
Philadelphia, PA  19103
[215] 241-8888

Direct Dial Number
P 215.241.8856
Direct Fax Number
F 215.531.9129
Heichenbaum@lawsgr.com

Admitted to practice:
PA, NJ, NY

July 9, 2019

The Honorable Ann E. Thompson
Clarkson S. Fisher Fed'l Bldg. & Courthouse
402 E. State Street
Trenton, NJ 08608

Re: **Fabricant v. Six Flags Great Adventure, LLC**
    **Civil Action No.: 3:19-cv-12900**
    **Our File No.  060049/0084**

Dear Judge Thompson:

Please be advised that we represent the Defendant, Six Flags Great Adventure, LLC, in the above-referenced matter. We respectfully request that Your Honor accept this late Reply to the plaintiffs' Opposition to Six Flags Great Adventure, LLC's Motion to Dismiss In Part For Failure To State A Claim, returnable on July 15, 2019. It was believed that this Motion was moved to the August 5, 2019 return date at plaintiffs' counsels request, and thus, the deadline for our Reply was calendared incorrectly.

Thank you for your kind attention to this matter.

Respectfully submitted,

**HEATHER M. EICHENBAUM**

HME:ns
Enclosure(s): as stated above, via e-filing

cc:   G. Martin Meyers, Esquire, via e-filing
      Thomas Sheehan, Esquire, via e-filing
      F. Brendan Coller, Esquire, via e-filing